UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVANGELIA SPIRTOS,

    Plaintiff,

v.                        CASE NO. 8:13-CV-2445-T-17TGW

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, etc.,

    Defendant.

_____/

ORDER

This cause is before the Court on:

    Dkt. 6    Motion to Dismiss Count II
    Dkt. 12   Response

The Complaint in this case includes Count I, a first party claim for UM benefits, and Count II, an insurance bad faith claim brought pursuant to Section 624.155, and Section 626.9541, Florida Statutes.

The Court has the discretion to abate or dismiss a bad faith claim when it is pled concurrently with a coverage action. See GEICO Gen. Ins. Co. v. Harvey, 109 So.3d 236, 239 (Fla. 4th DCA 2013). After consideration, the Court dismisses Count II as premature, without prejudice. See Safeco Ins. Co. of Illinois v. Fridman, 117 So.3d 16, 19 (Fla. 5th DCA 2013); Government Employees Ins. Co. v. King, 68 So.3d 267, 270 n. 3 (Fla. 2d DCA 2011)(en banc); Vest v. Travelers Ins. Co., 753 So.2d 1270, 1276 (Fla. 2000). Accordingly, it is

Case No. 8:13-CV-2445-T-17TGW

**ORDERED** that the Motion to Dismiss Count II (Dkt. 6) is **granted**; Count II is **dismissed without prejudice**.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 3rd day of September, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record